# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

F.C. FRANCHISING SYSTEMS, INC.,

       Plaintiff,

                                  Case Number: 1:11-cv-740

   vs.

                                  Judge Timothy S. Black

WAYNE THOMAS SCHWEIZER, *et al.,*

       Defendants.

---

## ORDER

---

The Court's previous Order (Doc. 16) dated May 30, 2012 granted permanent injunction and noted that Plaintiff may supplement their Motion for Default Judgment within 21 days.   That time has now passed for any such filing, and this case is **CLOSED** on the docket of the Court.

**IT IS SO ORDERED**.

Timothy S. Black
United States District Judge