## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION


**F.C.FRANCHISING SYSTEMS, INC.,**

    Plaintiff,

                                              **CASE NO.   1:11-CV-740**

**-vs-**

                                              **Judge Timothy S. Black**


**WAYNE THOMS SCHWEIZER,** *et al.*,

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____


     **[  ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Court granted permanent injunction and noted that Plaintiff may supplement their Motion for Default within 21 days on 5/30/2012 with Order (Doc. 16).   That time has passed for any such filing, and this case is **CLOSED** on the docket of the Court.

Date: August 31, 2012                     **JOHN P. HEHMAN, CLERK**

                                    By: *s/ M. Rogers*
                                    Deputy Clerk